UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR0685 JCH/AGF |
| ) | |
| DARREN MINER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the request of the Federal Detention Center (FDC) in Miami, Florida, to which Defendant Darren Miner has been committed for a medical evaluation. By Order dated December 13, 2005, Defendant was committed to the custody of the Attorney General for a mental health evaluation pursuant to 18 U.S.C. §§ 4241 and 4242. Defendant arrived at the FDC on January 10, 2006. By letter dated January 25, 2006, the Warden of the FDC requested that the 45-day period to complete the evaluation begin to run from the date of Defendant's arrival. This letter was mailed by the FDC to counsel for both parties.

Neither party having filed any objection, and the FDC having shown good cause for its request,

**IT IS HEREBY ORDERED** that the request of the Warden of the Federal Detention Center be **GRANTED.** The FDC shall forty-five (45) days from January 10, 2006 to complete the mental health evaluation of Defendant and shall issue its report with

respect to the evaluation within fifteen (15) days of the completion of the examination.

AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 3rd day of February, 2006.