cf

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 2 3 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:05CR685 JCH (AGF) |
| DARREN MINER | ) ) ) |
| Defendant. | ) ) |

## ORDER

The staff of the Jennings Jail are hereby ordered to permit Dr. Michael Armour to interview, test and examine Darren Miner in a full contact visit beginning at 9:00 a.m., Saturday, April 28, 2006.

So Ordered:

Audrey G. Fleissig
United States Magistrate Judge

Date: 3/23/06