IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 2 4 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) No. 4:05CR685 JCH (AGF) |
| DARREN MINER | ) |
| Defendant. | ) |

### ORDER

The staff of the Jennings Jail are hereby ordered to permit Dr. Michael Armour to interview, test and examine Darren Miner in a full contact visit beginning at 9:00 a.m., Saturday, April 8, 2006.

So Ordered:

Audrey G. Fleissig
United States Magistrate Judge

Date: March 24, 2006