UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00685 JCH (AGF) |
| ) | |
| DARREN MINER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Following a status conference with counsel on May 2, 2006, regarding administrative matters related to Defendant's competency,

**IT IS HEREBY ORDERED** that on or before May 12, 2006, the Federal Detention Center ("FDC") in Miami, Florida shall provide to Assistant United States Attorney Patrick T. Judge a copy of the raw psychological test data from the testing conducted by the FDC in connection with its forensic evaluation of Defendant Miner. Counsel for the government shall thereafter provide a copy of the test data to defense counsel.

**IT IS FURTHER ORDERED** that defense counsel shall obtain and provide to the government a copy of Defendant's prior medical records, to the extent such records can reasonably be obtained.

**IT IS FURTHER ORDERED** that a status conference with counsel shall be held on **Monday, May 22, 2006, at 1:00 p.m.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to the Federal Bureau of Prisons, Federal Detention Center, in Miami, Florida, Attn: Jorge Luis, Psy.D., Forensic Psychologist.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of May, 2006.